**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Javier BARRERA–GALAN,
Defendant—Appellant.**

**No. 04–10150.**

**D.C. No. CR–03–00331–LDJ/RJJ.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Robert A. Bork, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Arthur L. Allen, Anne R. Traum, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

### MEMORANDUM**

Javier Barrera–Galan appeals the sentence imposed following his guilty plea to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326.

Barrera–Galan's contention that the entire federal Sentencing Guidelines are unconstitutional under *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), is foreclosed by *United States v. Ameline,* 376 F.3d 967, 981–82 (9th Cir.2004) (declining invitation to declare Guidelines as a whole unconstitutional after *Blakely*).

Barrera–Galan's contention that the district court erred under *Blakely* by applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) for a prior crime of violence, without proof to a jury or an admission by Barrera–Galan, is foreclosed by *United States v. Quintana–Quintana,* 383 F.3d 1052 (9th Cir.2004) (order) (observing that *Blakely* preserved the rule that a § 2L1.2 sentencing enhancement based on a prior conviction need not be presented to a jury).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.